UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re 36-60 Route 303 Associates LLC  
**Debtor**

Case No. 16-22645 (rdd)  
Reporting Period: Jul-16

Federal Tax I.D. # 27-0305730

## SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | x | |
| Copies of bank statements | | x | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | x | |
| Balance Sheet | MOR-3 (RE) | x | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | x | |
| Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | x | |
| Payments to Insiders and Professional | MOR-6 (RE) | x | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | x | |
| Cash Flow Projection | MOR-7 (RE) | x | |
| Debtor Questionnaire | MOR-8 (RE) | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor  /s/ Martin Tenenbaum          Date  7/31/2016

Signature of Authorized Individual*  /s/ Martin Tenenbaum          Date  7/31/2016

Printed Name of Authorized Individual  Martin Tenenbaum          Date  7/31/2016

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re 36-60 Route 303 Associates LLC  
Debtor

Case No. 16-22645 (rdd)  
Reporting Period: 7/1/2016 - 7/31/2016

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | 15177.11 | | | 15177.11 |
| RECEIPTS | | | | |
| CASH SALES | 2251.01 | | | 2251.01 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | 82832.22 | | | 82832.22 |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER (ATTACH LIST) | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | |
| TOTAL RECEIPTS | 2251.01 | | | 2251.01 |
| DISBURSEMENTS | | | | |
| NET PAYROLL | | | | 0 |
| PAYROLL TAXES | | | | 0 |
| SALES, USE, & OTHER TAXES | | | | 0 |
| INVENTORY PURCHASES | | | | 0 |
| LANDSCAPE | 704 | | | 704 |
| INSURANCE | 4929.57 | | | 4929.57 |
| ADMINISTRATIVE | 4000 | | | 4000 |
| SELLING | | | | 0 |
| UTILITY BILLS | 0 | | | 483.5 |
| OWNER DRAW * | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | |
| PROFESSIONAL FEES | 10 | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | |
| COURT COSTS | | | | |
| TOTAL DISBURSEMENTS | 9633.57 | | | |
| | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | -7382.56 | | | |
| | | | | |
| CASH – END OF MONTH | 7794.11 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 9633.57 |

In re 36-60 Route 303 Associates LLC  
Debtor

Case No. 16-22645 (rdd)  
Reporting Period: 7/1/2016

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating # | Tax # | Other # |
|---|---|---|---|
| **BALANCE PER BOOKS** | | | |
| | | | |
| **BANK BALANCE** | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | |
| OTHER *(ATTACH EXPLANATION)* | | | |
| | | | |
| **ADJUSTED BANK BALANCE \*** | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| CHECKS OUTSTANDING | Ck. # | Ck. # | Amount |
|---|---|---|---|
| Bug Runner Exterminator | | 1623 | 260.1 |
| US Trsutee | | 1624 | 650 |
| SFA Landscape | | 1625 | 704.44 |
| Suez Water of New York | | 1626 | 682.18 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

OTHER

FORM MOR-1 (CONT)  
2/2008  
PAGE 1 OF 1

In re 36-60 Route 303 Associates LLC  
Debtor

Case No. 16-22645 (rdd)  
Reporting Period: 7/1/16 - 7/1/16

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE - FILING TO DATE |
|---|---|---|
| Rental Income | 2,251.01 | |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | 2,251.01 | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Cleaning and Maintenance | 704.44 | |
| Commissions | | |
| Officer/Insider Compensation* | | |
| Insurance | 4929.57 | |
| Management Fees/Bonuses | 4,000.00 | |
| Office Expense | | |
| Other Interest | | |
| Repairs | | |
| Supplies | | |
| Taxes - Real Estate | | |
| Travel and Entertainment | | |
| Utilities | 0 | |
| Other *(attach schedule)* | | |
| Total Operating Expenses Before Depreciation | 9634.01 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | -7,383.01 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | 0 | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | -7,383.01 | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | -7383.01 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re __36-60 Route 303 Associates LLC__  Case No. __16-22645 (rdd)__
      Debtor  Reporting Period: __7/1/16 - 7/1/16__

## BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

OTHER INCOME

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

OTHER EXPENSES

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

OTHER REORGANIZATION EXPENSES

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re __36-60 Route 303 Associates LLC__  Case No. __16-22645 (rdd)__
Debtor  Reporting Period: __7/1/16 - 7/31/16__

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | | | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | 946.92 | | |
| Accounts Receivable (Net) - RENT ARREARS | 82,446 | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| TOTAL CURRENT ASSETS | | | |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | 2,400,000 | | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | 8,500 | | |
| Less: Accumulated Depreciation | | | |
| TOTAL PROPERTY & EQUIPMENT | | | |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| TOTAL OTHER ASSETS | | | |
| TOTAL ASSETS | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| TOTAL POST-PETITION LIABILITIES | | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| TOTAL PRE-PETITION LIABILITIES | | | |
| TOTAL LIABILITIES | | | |
| **OWNERS' EQUITY** | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| NET OWNERS' EQUITY | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re 36-60 Route 303 Associates LLC     Case No. 16-22645 (rdd)
Debtor     Reporting Period: 7/1/16 - 7/31/16

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Current Assets** | | | |
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Assets** | | | |
| none | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Post-petition Liabilities** | | | |
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Adjustments to Owner's Equity** | | | |
| | | | |
| | | | |
| **Post-Petition Contributions** | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re 36-60 Route 303 Associates LLC  
Debtor

Case No. 16-22645 (rdd)  
Reporting Period: 7/1/16 - 7/31/16

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | \multicolumn{4}{c}{Number of Days Past Due} | |
|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage | 11,375.00 | 11,375.00 | 11375 | 11375 | 11375 | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | 0 | | | | |
| Professional Fees | | 0 | | | | |
| Real Estate Taxes | | 0 | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Post-petition Debts | | 11,375 | | | | 5687? |

Explain how and when the Debtor intends to pay any past due post-petition debts.

WHEN PROPERTY IS SOLD
_____
_____

In re 36-60 Route 303 Associates LLC
Debtor

Case No. 16-22645 (rdd)
Reporting Period: 7/1/2016 - 7/31/16

# RENT ROLL

A rent roll must be included for each property. The debtor's rent roll may be substituted for this page. Attach additional sheets as needed.

**Property:**
**Square Footage:**

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Biryani Place, LLC | 36 | 1000 | 0 | 1000 | n/a | commercial | | 10/1/2015 | 9/30/2025 | 1200 | | 0 |
| Hesper Realty | 38 | 1000 | 0 | 1000 | n/a | commercial | | 6/1/2015 | 5/30/2025 | 1200 | | 0 |
| V&A Restaurant Inc. dba Cinco de Maya | 40 - 44 | 3000 | 0 | 3000 | n/a | commercial | | 4/1/2014 | 9/30/2019 | 6753 | | 0 |
| Subway Real Estate LLC | 46 | 1000 | 0 | 1000 | n/a | commercial | | 12/10/2010 | 1/31/2022 | 2251.01 | | 0 |
| vacant - former nail salon | 48 | 1000 | 0 | 1000 | n/a | commercial | | | | | | 0 |
| Elite Fitness Training Center | 50 | 1500 | 0 | 1500 | n/a | commercial | | 1/1/2013 | 12/31/2022 | 2266 | | 0 |
| Precision Gunsmiths | 52 | 500 | 0 | 500 | n/a | commercial | | 7/1/2012 | 6/30/2027 | 500 | | 0 |
| Winky Dink Ink Corp. | 54 | 1000 | 0 | 1000 | n/a | commercial | | 6/1/2007 | 5/31/2017 | 2503 | | 0 |

In re 36-60 Route 303 Associates LLC  
Debtor

Case No. 16-22645 (rdd)  
Reporting Period: 7/1/2016 - 7/31/16

| Debtor | 56 - 60 | 3000 | | 3000 | n/a | commercial | | 2/1/2014 | 1/31/2024 | 5000 | | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 303 Restaurant LLC dba Whiskey Kitchen | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | Totals | | | | | | | |

In re 36-60 Route 303 Associates LLC  Case No. 16-22645 (rdd)
    Debtor                              Reporting Period: 7/1/16 - 7/31/16

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| NONE | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| NONE | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Amalfi Realty LLC | 1-May-16 | 0 | 11,375 |
| Amalfi Realty LLC | 1-Jun-16 | 0 | 11,375 |
| Amalfi Realty LLC | 1-Jul-16 | 0 | 11375 |
| | | | |
| | TOTAL PAYMENTS | | |

FORM MOR-6 (RE)
2/2008
PAGE 1 OF 1

In re 36-60 Route 303 Associates LLC  
    Debtor

Case No. 16-22645 (rdd)  
Reporting Period: 7/1/16 - 7/31/16

## CASH FLOW PROJECTION FOR THE PERIOD May 11, 2016 THROUGH October 31, 2016

A cash flow projection must be included for each property. The debtor's cash flow projection may be substituted for this page. Attach additional sheets as needed. This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

Property: 36-60 Route 303, Valley Cottage, New York 10989  
Square Footage: 13,000

| | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 |
|---|---|---|---|---|---|---|
| **INCOME** | | | | | | |
| Rental Income | 20400.06 | 20400.06 | 20400.06 | 20400.06 | 20400.26 | 20400.26 |
| Additional Rental Income | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | |
| Total Income | | 20,400.06 | 20,400.06 | 20,400.06 | 20,400.06 | 20,400.06 |
| **OPERATING EXPENSES** | | | | | | |
| Advertising | | | | | | |
| Auto and Truck Expense | 1258 | | 1258 | | | |
| Cleaning and Maintenance | | 704.44 | 704.44 | 704.44 | 704.44 | 704.44 |
| Commissions | | | | | | |
| Officer/Insider Compensation* | | | | | | |
| Insurance | 1769.97 | 1796.97 | 1796.97 | 1796.97 | 1796.97 | 1796.97 |
| Management Fees/Bonuses | | 3000 | 3000 | 3000 | 3000 | 3000 |
| Office Expense | | | | | | |
| Other Interest | | | | | | |
| Repairs | | | | | | |
| Supplies | | | | | | |
| Taxes - Real Estate | | | | | | |
| Travel and Entertainment | | | | | | |
| Utilities | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 |
| Other *(attach schedule)* | | | | | | |
| Total Expenses | 5027.97 | 7501.41 | 8759.41 | 7501.41 | 7501.41 | 7501.41 |
| | | | | | | |
| Debt Service | | 11,375.00 | 11,375.00 | 11,375.00 | 11,375.00 | 11,375.00 |
| Professional Fees | | | | | | |
| U.S. Trustee Fees | | | | | | |
| Court Costs | | | | | | |
| | | | | | | |
| Net Income | | | | | | |
| | | | | | | |
| Tenant Improvements | | | | | | |
| Vacancy Allowance | | | | | | |
| Net Cash Flow | 15372.03 | 1523.65 | 265.65 | 1523.65 | 1523.65 | 1523.65 |

# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

00003059 MSIGEXPS073 01 000000000 9 722
36-60 ROUTE 303 ASSOCIATES LLC DIP
DEBTOR IN POSSESSION
38 RTE 303
VALLEY COTTAGE NY 10989    999

Statement Period
From July   01, 2016
To   July   31, 2016
Page 1 of 4

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

See Back for Important Information

Primary Account: ############ 2

IMPORTANT MESSAGE ABOUT IDENTITY THEFT: SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY" SECTION FOR THE IDENTITY THEFT BROCHURE.

| Signature Relationship Summary | | | Opening Bal. | Closing Bal. |
|---|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | | |
| ######### | BANKRUPTCY CHECKING | | 15,177.11 | 7,794.11 |
| | RELATIONSHIP | TOTAL | | 7,794.11 |



# Follow these steps to balance your check register.

**1. Update your checkbook register.**

Please check to make sure you have entered all the transactions shown on the front of the statement.

**2.** In your check register, mark off all deposits and other credits listed on this statement. Below, list any deposits and other credits not marked off.

| Date of deposit or credit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total A | |

**3.** In your check register, mark off all checks and other debits listed on this statement. Below, list any checks and other debits not marked off.

| Check Number or Date of Debit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total B | |

**4.** To find your adjusted statement balance, complete the arithmetic in the space provided below. The Statement Balance is the balance as of the date of this statement.

| | |
|---|---|
| Statement Balance | |
| Add Total A | |
| Subtotal | |
| Subtract Total B | |
| Adjusted Statement Balance | |

Your Adjusted Statement Balance and your checkbook should be equal. If these balances differ
- review the figures you used in the balancing procedure, review last month's statement and the figures you used to balance it
- check your addition and subtraction in your checkbook and in the balancing procedure

## In Case of Errors or Questions About Your Statement

If you think your statement is wrong, or if you need more information about a transaction on the statement, write to us as soon as possible at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017**

We must hear from you within fourteen calendar days from the delivery of any Account statement. You can telephone us, but doing so will not preserve your rights. In your letter, please provide the following information: your name and account number, the dollar amount of the suspected error, and tell us why you believe there is an error.

## Information for Signature Securities Group Corporation (SSG)

Any data provided on this statement relating to SSG accounts is for informational purposes only. The only official statement for SSG accounts is the periodic statement issued by National Financial Services, LLC, on behalf of SSG.

## Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the mutual fund shares we are holding for you, the shares purchased and sold at your request and dividends reinvested during the statement period. The transaction date shown on the statement for a purchase of Fund shares is the date the Bank receives funds from you for the purchase, which purchase typically occurs the following business day. The date shown for a redemption of Fund shares is the date we advance the funds to you for the redemption, which redemption typically occurs the following business day. Yield fluctuates and is not guaranteed. There is no assurance that the funds will maintain a steady $1.00 share price in the future. Past performance is no guarantee of future results.

## In Case of Errors or Questions About an Electronic Transfer Involving a Personal Account

This applies only to Personal Bank Deposit Accounts and Monogram Money Market Funds Program Accounts for consumers.
Telephone us at the toll-free Signature Line (1-866-sigline) or write us at: **Signature Bank, 565 Fifth Avenue, NY NY 10017** as soon as you can if you think a statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem occurred.
1) Tell us your name and account number.
2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error involving an electronic funds transfer promptly. If we take more than 10 business days to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## Information for Home Equity, Personal and Reserve Line of Credit Accounts

We calculate the finance charge on Signature Home Equity Line of Credit Accounts, Personal Line of Credit Accounts and Reserve Line of Credit Accounts as follows: we apply each day's periodic rate to that day's daily balance to get that day's finance charge. We do this for each day of the billing cycle. We then add together the finance charge we calculated for each day of the billing cycle to get the finance charge for the entire billing cycle. To determine the daily balance for each day of the billing cycle, we take the principal balance at the beginning of that day, add any new advances made that day, and subtract any principal payments made that day.

## Direct Deposit Inquiries

You may call the toll-free Signature Line (1-866-sigline) to ascertain whether your Direct Deposit has been received. Your account is subject to the account agreement pertaining to this account. If there are any errors, please notify your Financial Center immediately.

rev. October 2010



# SIGNATURE BANK

36-60 ROUTE 303 ASSOCIATES LLC DIP
DEBTOR IN POSSESSION
38 RTE 303
VALLEY COTTAGE NY  10989    999

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

Primary Account:                2

BANKRUPTCY CHECKING

## Summary

| | |
|---|---:|
| Previous Balance as of July 01, 2016 | 15,177.11 |
| 1 Credits | 2,251.01 |
| 7 Debits | 9,634.01 |
| Ending Balance as of July 31, 2016 | 7,794.11 |

## Deposits and Other Credits

| Date | Description | Ref | Amount |
|---|---|---|---:|
| Jul 28 | DEPOSIT | ref# | 2,251.01 |

## Withdrawals and Other Debits

| Date | Description | | ck/ref no. | Amount |
|---|---|---|---|---:|
| Jul 05 | ACH IPFS866-412-2561 | IPFSPMTMOK | 8824389 610453 | 337.42 |
| Jul 05 | ACH IPFS866-412-2563 | IPFSPMTNYA | 8824401 59356 | 1,504.18 |
| Jul 12 | AUTOMATED PAYMENT THE HARTFORD | NWTBCLSCIC | 9222719 14152785 | 1,318.00 |
| Jul 28 | AUTOMATED PAYMENT IPFS866-412-2561 | IPFSPMTMOK | 9896018 610453 | 337.42 |
| Jul 28 | AUTOMATED PAYMENT IPFS866-412-2563 | IPFSPMTNYA | 9896023 59356 | 1,432.55 |

## Checks by Serial Number

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---:|---|---|---:|
| Jul 05 | 1621 | 704.44 | Jul 25 | 1622 | 4,000.00 |

## Daily Balances

| Date | Balance | Date | Balance |
|---|---:|---|---:|
| Jun 30 | 15,177.11 | Jul 25 | 7,313.07 |
| Jul 05 | 12,631.07 | Jul 28 | 7,794.11 |
| Jul 12 | 11,313.07 | | |




# SIGNATURE BANK

Statement Period
From July 01, 2016
To July 31, 2016
Page 3 of 4

36-60 ROUTE 303 ASSOCIATES LLC DIP
DEBTOR IN POSSESSION
38 RTE 303
VALLEY COTTAGE NY 10989    999

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

Primary Account:                    2

Rates for this statement period - Overdraft
Jul 01, 2016    13.250000 %

# SIGNATURE BANK



07/05/16  1621  704.44



07/25/16  1622  4,000.00



 SIGNATURE BANK






| Date | Check # | Amount |
|------|---------|--------|
| 07/05/16 | 1621 | 704.44 |
| 07/25/16 | 1622 | 4,000.00 |



# Bank Reconciliation

36-60 RTE 303 ASSOC., LLC [Acct# ███████████] on Sunday, July 31, 2016

## Bank Summary

| | |
|---|---|
| Opening Balance | $15,177.11 |
| Less Cleared Checks | $4,704.44 |
| Less Other Cleared Subtractions | $4,929.57 |
| Plus Cleared Deposits | $2,251.01 |
| Plus Other Cleared Additions | $0.00 |
| Cleared Balance | $7,794.11 |
| | |
| Cleared Balance | $7,794.11 |
| Statement Balance on 7/31/2016 | $7,794.11 |
| Difference | $0.00    **In Balance** |

## Cleared Checks

| | | | | |
|---|---|---|---|---|
| 1621 | 6/29/2016 | SFA Landscape Contractor, Inc. | | $704.44 |
| 1622 | 7/13/2016 | Hesper Realty Associates | | $4,000.00 |
| | | | 2 Items | $4,704.44 |

## Other Cleared Subtractions

| | | | |
|---|---|---|---|
| 7/5/2016 | ACH - IPFS: Acct. No.: MOK - 610453 | | $337.42 |
| 7/5/2016 | ACH - IPFS: Acct. No.: NYA-59356 | | $1,504.18 |
| 7/12/2016 | ACH - Hartford: Acct No.: 14152785 | | $1,318.00 |
| 7/28/2016 | ACH - IPFS: Acct. No.: MOK610453 | | $337.42 |
| 7/28/2016 | ACH - IPFS: Acct. No.: NYA -59356 | | $1,432.55 |
| | | 5 Items | $4,929.57 |

## Cleared Deposits

| | | | |
|---|---|---|---|
| 7/28/2016 | Deposit | | $2,251.01 |
| | | 1 Item | $2,251.01 |

## Uncleared Deposits and Other Additions

| | | | |
|---|---|---|---|
| 2/22/2011 | Bank Transfer | | $4,500.00 |
| 3/25/2014 | Deposit | | $2,000.00 |
| | | 2 Items | $6,500.00 |

## Uncleared Checks and Other Subtractions

| | | | | |
|---|---|---|---|---|
| 1623 | 7/27/2016 | Bug Runner Exterminating Co., Inc. | | $260.10 |
| 1624 | 7/27/2016 | U.S. Trustee Payment Center | | $650.00 |
| 1625 | 7/27/2016 | SFA Landscape Contractor, Inc. | | $704.44 |
| 1626 | 7/27/2016 | Suez Water Of New York | | $682.18 |
| | | | 4 Items | $2,296.72 |

## Ledger Balance Summary

| | |
|---|---|
| Cleared Balance on 7/31/2016 | $7,794.11 |
| Less Uncleared Checks and Other Subtractions | $2,296.72 |
| Plus Uncleared Deposits and Other Additions | $6,500.00 |
| Available Balance on 7/31/2016 | $11,997.39 |