36-60 Route 303 Ass. LLC

Motion to pay/reimburse legal fees.

We do not oppose dismisal but we would want to be paid First before dissmisal. Also before any fees be paid out to debtor attorney. We object to the compensation and reimbursment of Debtor attorneys DelBello, Donnellan, Weingarten Wise & Wiederkehr. LLP. Amalfi wants what was promised.

FILED
2017 MAY -3 P 3:35
S.D. OF N.Y.
U.S. BANKRUPTCY COURT

Summary of Argument

Attorney Dawn Kirby for Debtor has manipulated this case and we were promised promises. All negotiating was a lie. We never agreed to the stipulation. They took advantage when Sal Amalfi went into the hospital. The agreement was to include lawers fees to be paid on Sal Amalfi's behalf. Amalfi did not Voluntarily enter into stipulation. The debtor attorney has nothing in writing saying we agree to the stipulation. We are a secured claim. Why would we wave our rights and our proof of claims and sign it. It is also in the proof of claims and contract that Debtor has signed that legal fees to be paid by debtor.

Debtors attorney Kirby refusal to honor agreements and promises in the negotiation was for Amalfi to allow Debtor Consel to hold the funds in escrow, saying

it would be easyer that way and that our protection payment will continue.
Never recieived a payment of $11,333.00 monthly. Amalfi dosn't agree that Debetors Counsel in any case should look over the accounting and Funds of the money. This shold always be a seperate party. The Debtors attorney trying to negotiate with the incorrect ameginary Funds, Never really telling us the real also amount. Kirby always saying there is not enuf money. In Reality Debtors Consel was hoding in Escrol $153,048.

    We are a Secured claim. The Debtor owed us over $2,300,000.00 in Fees and we excepted $2,000,000. and our lawyers Fees to be paid. We ask Consel to Reimburse us and why we never got paid for our protection Payment? $29,000. For legal Fees. There is more than Enuff money left over and as a Secured claim it is only right to have the debtor Pay his obligations. It is also not fair that Debtor attorneys are getting paid First and asking For more when they were misleading and untrue. Their Fee shold be denied because she got paid twice already in the total sum of more than $90,000. Now in ddition to $81,224.00 why can she share her Fee with us by paying our legal Fee First. Then she can hope the rest Fee horself. I Believe this request is Fair and reasonable.

thank you,
ariel ft