FILED
U.S. BANKRUPTCY COURT

2017 MAY 15 A 10: 08

S.D. OF N.Y.

**OFFICE OF THE COUNTY ATTORNEY**
11 New Hempstead Road
New City, New York 10956
Phone: (845) 638-5180   Fax: (845) 638-5676

**Thomas E. Humbach**
*County Attorney*

May 12, 2017

**Via Overnight Mail**
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

RE:  36-60 Route 303 Associates, LLC
   Chapter 11 Case No.: 16-22645 (RDD)
   Real property located at: 38-60 Route 303, Valley Cottage, NY 10601

Dear Sir/Madam:

On June 14, 2016, the County of Rockland electronically filed a Proof of Claim with respect to the above referenced matter (see enclosed).

We understand that the Debtor has paid the delinquent taxes and we would like to withdraw the Proof of Claim at this time. Enclosed for your reference, please find a copy of the projected bill indicating that this debt has been satisfied. Kindly send this office proof of the withdrawal at your earliest convenience.

Thank you for your courtesy and attention to this matter.

Respectfully,

*Charlotte Ramsey*
Charlotte Ramsey
Principal Assistant County Attorney
Direct Dial: (845) 638-5101
2016-02148

CR:ds
encl.

cc: Dawn Kirby, Esq.

2016-02148

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | 36-60 Route 303 Associates, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court | Southern District of New York |
| Case number: | 16-22645 |

FILED
U.S. Bankruptcy Court
Southern District of New York
6/14/2016

Vito Genna, Clerk

## Official Form 410
## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
COUNTY OF ROCKLAND-FINANCE
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

COUNTY OF ROCKLAND-FINANCE
Name
18 NEW HEMPSTEAD ROAD
NEW CITY, NY 10956

Contact phone  845 638-5115
Contact email  REDAA@CO.ROCKLAND.NY.US

Name _____

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_____

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____  Filed on _____  MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                       Proof of Claim                                       page 1

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __5730__ |
| **7. How much is the claim?** | $ __279049.18__    **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>DELINQUENT PROPERTY TAXES |
| **9. Is all or part of the claim secured?** | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☑ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: ____<br><br>**Basis for perfection:** ____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ __2400000.00__<br>**Amount of the claim that is secured:** $ __279049.18__<br>**Amount of the claim that is unsecured:** $ __0.00__   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ __279049.18__<br><br>**Annual Interest Rate** (when case was filed) __12__ %<br>☑ Fixed<br>☐ Variable |
| **10. Is this claim based on a lease?** | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $ ____ |
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: ____ |

Official Form 410                                      Proof of Claim                                      page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No<br>☑ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 279049.18 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    6/14/2016
                    MM / DD / YYYY

/s/ Antonio F. Reda
Signature

Print the name of the person who is completing and signing this claim:

Name: Antonio F. Reda
      First name   Middle name   Last name

Title: Principal Assistant County Attorney

Company: County of Rockland—Finance Dept.
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 18 New Hempstead Road
         Number Street
         New City, NY 10956
         City State ZIP Code

Contact phone: 845-638-5115    Email: redaa@co.rockland.ny.us



Figure good through 6/30/16 - $279,049.18

# DELINQUENCY TRACKING SYSTEM - REPRINT OF RECEIPT

```
============================                RECEIPT FOR TAXES          ============================
============================             DEPARTMENT OF FINANCE         RECEIPT NUMBER 00000067
THIS RECEIPT IS VOID IF CHECK            18 NEW HEMPSTEAD ROAD         COUNTY & TOWN TAX
IS NOT HONORED BY YOUR BANK              NEW CITY, NEW YORK 10956      2013 SCHOOL
============================                                           ============================
```

|  |  |  |
|---|---|---|
| | 2014 TAX | $ 72,354.87 |
| TOWN: CLARKSTOWN | PENALTY | $ 3,759.73 |
| PROPERTY ID: C1.59.11-1-37 | RELEVY PEN | $ 2,839.77 |
| (Prior ID: 122-C-10 ) | | |

36-60 ROUTE 303 ASSOC LLC
239 CENTRAL AVENUE
WHITE PLAINS NY 10606

|  |  |  |
|---|---|---|
| | | $ 78,954.37 |
| | TITLE FEE | $ 150.00 |
| | MAIL FEE | $ 30.00 |
| CERTIFICATE NUMBER: 201414435 | PUBLICAT. | $ 30.00 |
| BATCH NO: 10/12/2016 - 0004 | INTEREST2 | $ 26,054.94 |
| CLERK: CLERK2 | REDEMP. FE | $ 15.00 |
| SYSTEM TIME: 9:30 AM | | |
| CALC. DATE: | | |
| PAID BY: PONCE DE LEON | | |
| | TOTAL RCVD: | $ 105,234.31 |

PAID AMOUNT:CK $ 105,234.31    CASH $ 0.00                              DATE: 5/8/2017

# DELINQUENCY TRACKING SYSTEM - REPRINT OF RECEIPT

RECEIPT FOR TAXES
DEPARTMENT OF FINANCE
18 NEW HEMPSTEAD ROAD
NEW CITY, NEW YORK 10956

THIS RECEIPT IS VOID IF CHECK IS NOT HONORED BY YOUR BANK

RECEIPT NUMBER 00000066
COUNTY & TOWN TAX
2014 SCHOOL

TOWN: CLARKSTOWN
PROPERTY ID:  C1.59.11-1-37
               (Prior ID: 122-C-10   )

| | |
|---|---:|
| 2015 TAX       $ | 71,452.95 |
| PENALTY        $ | 3,712.69 |
| RELEVY PEN     $ | 2,800.85 |
|                $ | 77,966.49 |
| INTEREST2      $ | 16,372.96 |

36-60 ROUTE 303 ASSOC LLC
239 CENTRAL AVENUE
WHITE PLAINS NY 10606

CERTIFICATE NUMBER:  201523096
BATCH NO:  10/12/2016 - 0004
CLERK: CLERK2
SYSTEM TIME:  9:30 AM
CALC. DATE:
PAID BY: PONCE DE LEON

TOTAL RCVD:  $   94,339.45

PAID AMOUNT: CK $ 94,339.45     CASH $ 0.00     DATE: 5/8/2017

# DELINQUENCY TRACKING SYSTEM - REPRINT OF RECEIPT

```
================================                                    ================================
                                    RECEIPT FOR TAXES
                                    DEPARTMENT OF FINANCE           RECEIPT NUMBER  00000065
THIS RECEIPT IS VOID IF CHECK       18 NEW HEMPSTEAD ROAD           COUNTY & TOWN TAX
IS NOT HONORED BY YOUR BANK         NEW CITY, NEW YORK  10956       2015 SCHOOL
================================                                    ================================
```

|  |  |  |
|---|---|---|
|  | 2016 TAX | $ 74,876.15 |
| TOWN: CLARKSTOWN | PENALTY | $ 3,888.99 |
| PROPERTY ID:  C1.59.11-1-37 | RELEVY PEN | $ 2,903.67 |
| (Prior ID: 122-C-10 ) | | |

36-60 ROUTE 303 ASSOC LLC
239 CENTRAL AVENUE
WHITE PLAINS NY 10606

                                                    ----------------
                                                  $    81,668.81
                                                    ----------------
                                    INTEREST2     $     7,350.19

CERTIFICATE NUMBER:  201631869
BATCH NO:  10/12/2016 - 0004
CLERK: CLERK2
SYSTEM TIME:  9:30 AM
CALC. DATE:
PAID BY: PONCE DE LEON

                                    TOTAL RCVD:   $    89,019.00

PAID AMOUNT: CK $ 89,019.00      CASH $ 0.00                      DATE: 5/8/2017