DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Counsel for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Dawn Kirby, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:

36-60 ROUTE 303 ASSOCIATES LLC,        Chapter 11
                                       Case No. 16-22645 (RDD)
                    Debtor.
-----------------------------------------------------X

# DECLARATION OF DAWN KIRBY PURSUANT TO ORDER DATED JUNE 15, 2017 (I) AUTHORIZING COUNSEL TO DISBURSE PROCEEDS FROM THE SALE OF THE DEBTOR'S ASSETS TO CREDITORS PURSUANT TO BANKRUPTCY CODE §§ 502, 506, AND 507; AND (II) DISMISSING THIS CHAPTER 11 CASE PURSUANT TO 11 U.S.C. §§1112(b)(1)

DAWN KIRBY hereby declares, pursuant to 28 U.S.C. §1746 as follows:

1. I am a partner in DelBello, Donnellan, Weingarten, Wise & Wiederkehr LLP ("DDWWW"), counsel to 36-60 Route 303 Associates LLC (the "Debtor"). I submit this declaration in compliance with the Court's order dated June 15, 2017 (the "Order").

2. I disbursed funds held in DDWWW's escrow account consistent with the terms of the Order as follows:

    (a) On June 21, 2017, to Rand Commercial Services

    (b) On June 23, 2017, to Amalfi Realty, LLC, NYS Department of Tax & Finance, Verizon Wireless, Suez Water, Slatky & Slatky CPAs, and Orange & Rockland Light & Power.

    (c) The distribution to Suez Water was returned with a request for further information and account numbers. The distribution to Orange & Rockland Light & Power was returned with an explanation that a pre-petition deposit had already been applied to the amounts due.

(d) On July 21, 2017, I re-sent the distribution to Suez Water including account numbers, and sent distributions to A&R Alarm, S&J Service Center, Sergio Polanco, and SFA Landscaping. Stern Agency confirmed nothing was due, their claim having been paid from surplus proceeds that were recently returned from a canceled insurance policy. I also sent a substantial distribution to the Office of the United States Trustee, and am awaiting a final accounting on any additional amounts due.

## **CONCLUSION**

Pursuant to 28 U.S.C. §1746, the undersigned declares under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*/s/ Dawn Kirby*
_____
Dawn Kirby